✎ AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. CV10-10010 DSF | DATE FILED 12/29/2010 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br><br>MONSTER CABLE PRODUCTS, INC., a California Corporation | DEFENDANT<br><br>WIREOVIA, LLC, an Alaska Limited Liability Company, DMITRY KUDRYN, an Individual; and DOES 1-10, Inclusive | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,184,002 | 8/25/1998 | MONSTER CABLE PRODUCTS, INC. |
| 2 | 3,671,565 | 8/25/2009 | MONSTER CABLE PRODUCTS, INC. |
| 3 | 2,799,884 | 12/30/2003 | MONSTER CABLE PRODUCTS, INC. |
| 4 | 2,774,858 | 10/21/2003 | MONSTER CABLE PRODUCTS, INC. |
| 5 | 2,724,015 | 6/10/2003 | MONSTER CABLE PRODUCTS, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

## ATTACHMENT TO AO120 FORM

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1,340,229 | 6/11/1985 | MONSTER CABLE PRODUCTS, INC. |
| 3,807,024 | 6/22/2010 | MONSTER CABLE PRODUCTS, INC. |