|   |   |
|---|---|
| 1 | JOHNSON & PHAM, LLP |
| 2 | Christopher D. Johnson, SBN: 222698 |
|   |     E-mail: cjohnson@johnsonpham.com |
| 3 | Christopher Q. Pham, SBN: 206697 |
| 4 |     E-mail: cpham@johnsonpham.com |
|   | Marcus F. Chaney, SBN: 245227 |
| 5 |     E-mail: mchaney@johnsonpham.com |
| 6 | 6355 Topanga Canyon Boulevard, Suite 115 |
|   | Woodland Hills, California 91367 |
| 7 | Telephone:  (818) 888-7540 |
| 8 | Facsimile:   (818) 888-7544 |
| 9 | Attorneys for Plaintiff |
| 10 | MONSTER CABLE PRODUCTS, INC. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| MONSTER CABLE PRODUCTS, INC., a California Corporation, | Case No.: CV10-10010 DSF (MANx) |
|---|---|
| Plaintiff, | **PLAINTIFF MONSTER CABLE PRODUCTS, INC.'S NOTICE AND ACKNOWLEDGMENT OF SATISFACTION OF FINAL JUDGMENT AGAINST DEFENDANT WIREOVIA, LLC** |
| vs. |  |
| WIREOVIA, LLC, an Alaska Limited Liability Company, et al., |  |
| Defendants. |  |

/ / /
/ / /
/ / /

- 1 -
NOTICE AND ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MONSTER CABLE PRODUCTS, INC. hereby acknowledges satisfaction of the final judgment entered against Defendant WIREOVIA, LLC on July 7, 2011.

DATED: September 28, 2011                JOHNSON & PHAM, LLP

By: *(signature)*
Marcus F. Chaney, Esq.
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **JOHNSON & PHAM LLP**, located at 6355 Topanga Canyon Blvd, Suite 115 Woodland Hills, CA 91367. On September 28, 2011 I served the herein described document(s):

**PLAINTIFF MONSTER CABLE PRODUCTS, INC.'S NOTICE AND ACKNOWLEDGMENT OF SATISFACTION OF FINAL JUDGMENT AGAINST DEFENDANT WIREOVIA, LLC**

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

    CM/ECF - by electronically transmitting the document(s) listed above to

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

    by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth below.

**Christopher Nelson, Esq.**
**Epport, Richman & Robbins, LLP**
**1875 Century Park East, Suite 800**
**Los Angeles, CA 90067**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 28, 2011 at Woodland Hills, California.

    Nora Ivy Ounjian

-1-